IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re: ) Case No.: 19-31896
)
David Wiggins Sr, ) Chapter 13
)
Debtor(s) ) Judge: Jack B. Schmetterer
)

## AFFIDAVIT IN SUPPORT OF EXTENDING THE AUTOMATIC STAY

I, David Wiggins, state that:

1) Within the last year, I acknowledge that I filed a Chapter 13 Bankruptcy case that was dismissed. The prior case number 18-34840 was dismissed on October 2, 2019 due to the Trustee's Motion to Dismiss for failure to make trustee payments.
2) In the prior case, my granddaughter was helping me with my case and helping me make payments. She was unable to help or help me make the payments, so I fell behind on my trustee payments.
3) In the instant case I now have the help of my daughter and will not be relying on my granddaughter.
4) In addition, in lieu of paying me rent to live with me, my daughter will make the monthly trustee payments directly to the Trustee. My daughter is gainfully employed and can afford to make the payments.
5) This will allow me to afford to make the monthly trustee's payments in a feasible Chapter 13 Plan.

_/s/ David Wiggins/_
David Wiggins Sr

Subscribed and sworn to before me this 4 day of December, 2019.

_/s/ Jennifer Bishop_
Notary Public

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 106045, JENNIFER BISHOP, Commission Expires July 17, 2021, GRENADA COUNTY]