## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 19-31896 |
| David Wiggins, Sr. | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge: Jack B. Schmetterer |
| | ) | |

## AFFIDAVIT IN SUPPORT OF MOTION TO EXTEND THE AUTOMATIC STAY

I, David Wiggins, Sr., state that:

1) Within the last year, I acknowledge that I filed a prior Chapter 13 Bankruptcy case that was dismissed. The prior case number 18-34840 was dismissed on October 2, 2019 due to the Trustee's motion to dismiss for failure to make plan payments.

2) In the prior case, my grand daughter was assisting me in making my plan payments, I would give her funds and she would make my payment for me, I was unaware she was not making the payments on my behalf and my case dismissed.

3) In the instant case, my live-in daughter, Cyndra Wiggins, will be assisting me in making my plan payments, in lieu of paying me rent she will be logging in to the Trustee payment portal, provided to her and I by our Attorney and will make the payment each month, she understands if she cannot do this for me, she will inform me as such and I will be logging in myself to make the payment.

4) In the instant case, my daughter is employed full time for Aerotech, working 10-hour days for $12.75 an hour and her only expense is her cell phone bill each month of $30.00 as such she can afford to assist me with this payment.

5) In the instant case, I understand the importance of tracking my payments, as does my daughter, we understand we can utilize NDC.org to do so.

6) In the instant case, I have had a positive change in circumstances, I am well informed about the importance of tracking my payments and my live-in daughter will be assisting in making my payments in lieu of paying me rent, she will be logging in to the Trustee's online payment portal and making the payment and understand if she cannot, she must inform me and I will log in and make the payment, I will also be utilizing the NDC.org website to track my case ensuring no mistakes are maded on my behalf, with my budgeted expenses and fixed income, I can afford to make my monthly Trustee payments in a feasible Chapter 13 Plan.

_David Wiggins_

David Wiggins, Sr.

Subscribed and sworn to before me this 6 day of December, 2019.

_Jennifer Bishop_
Notary Public
My commission expires July 17, 20 21

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 106048
JENNIFER BISHOP
Commission Expires
July 17, 2021
GRENADA COUNTY